UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LEVI LAZAR, :
                 Plaintiff, :
v. :   **ORDER OF DISMISSAL**
:
EQUIFAX INFORMATION SERVICES, LLC, :   21 CV 6536 (VB)
                 Defendant. :
--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: October 26, 2021

      The Court has been advised that the parties have reached a settlement in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than November 29, 2021. To be clear, any application to restore the action must be filed by November 29, 2021, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

      The Clerk is instructed to close the case.

Dated: October 26, 2021
       White Plains, NY

                                      SO ORDERED:

                                      _____
                                      Vincent L. Briccetti
                                      United States District Judge